# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

LaSandra Norman (AKA) Beyonce G Knowles.
*[You are the PLAINTIFF, print your full name on this line.]*

v.

ABC Television
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number 2:25cv128
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | ABC Television Network | 77 West 66th Street New York, NY 10023 |
| 2 | CBS Television Network | 524 W. 57th Street New York, NY 10019 |
| 3 | Google Search | 320 N Morgan Suite 600 Chicago, IL 60607 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? 3
2. What is your address? P.O Box 293 Hobart, IN 46342
3. What is your telephone number: (731) 267-9008
4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Complaint attached.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

# Federal Complaint
## A DEMAND FOR TRIAL BY JURY

## REQUESTED HEARING DATE OF APRIL 18TH, 2025

Now here comes the plaintiffs ( President Donald J.Trump and Lasandra Norman, also known as Beyonc'e G Knowles, an song writer, producer, singer and more... given notice to all defendants that they are being sued pertaining to several violations of federal law. Defendants are as follows:

I. American Broadcasting Network, Television show "The View" is being sued by both plaintiffs for crossing a thin line that seperates the first amendment right to "Freedom of speech" an the right to Freedom of press, to directly defaming both parties on the daily basis in a false light directly to the Ameican public. Other news programs on this same network has displayed both complaining parties likeness, and music work without any permission from either party, one party being the United States of America, the other being a well known music artist. In this action, Both Beyonc'e and President Donald J. Trump, demand this network to stop their deceptive actions Now. The plaintiffs in this case wants these evil women off the air, and for them to stop acting like they are part of the United States government when they are not. Both President Trump and Beyonc'e do not want this network poisoning the minds of American people against both parties or anyone else for that matter any longer. As a part of this suit we are asking that this network be forced to cancell the show " the view" as soon as possible. The network is also accursed of having a impersonator to speak during a democratic rally posing as beyonc'e, using my song " freedom" during a political presidential race, implicating to the public that I was for one party over the other, when I was never against President Trump. ABC and the parent company Disney are now being sued for $ 3 Billion for years of violations.

[1]

---

1  The plaintiff's also wants music video's, products bearing the image and name Beyonc'e removed from stores, phones, and cable until after trial by jury. The demand for a trial by jury is requested in this federal complaint.

II. CBS, The Recording Academy- The 67th grammy awards, aired February 2,2025 are now accursed of fraudulent practices, The Plaintiff here says that CBS used an impersonator to act like she was Beyonc'e, Beyonc'e G Knowles was NOT, repeat not in Los Angeles on Feduary 2, 2025 at the grammy's awards, and now demands to know who has committed identity fraud against her. She also would like to know from this network, exactly what person was given a 100th grammy award and where are they now, because who ever it is, is not the real Beyonc'e G Knowles and she is also in violation of Copyright infringement, fraud, identity theft, and plain old theft. Who ever she is intentally caused harm to The real and true Beyonc'e who is also known as Lasandra Norman. The plaintiff seeks $3 Billion in damages for these major federal violations.

III. Google-Is being sued for providing false information on its search engine network about the name Beyon'ce G Knowles. The information provided by Google is nothing less than false. Who, what, where, and why are google providing false information about the plaintiff in this case, and whats in it for them to provide such lies to the public domain? Google is being sued for $ 3 Billion for providing false information to the public for several years.

The plaintiff's complaint, states a claim that is short and simple, giving each defendant notice that they are being sued and[2] for the reasons stipulated above by three roman numerals. The president of the United States of America has given consent to be called an plaintiff in the above cause.

---

1   The Renaissance Movie produced by me, America has a problem (song) and I feel like falling in love (song) all rights reseved to the plaintiff by way of copyrights.
2   The plaintiff's suggest that this case will turn criminal, and reserve the right to procecute on a criminal level.

CASENO:   1:08cv01160
DOCUMENT: 6

Lasandra Norman
aka Beyonce Knowles
303 Magnolia Landing Crt
Jackson, TN 38305

ELECTRONIC FILING AND NOTIFICAT
THE WESTERN DISTRICT OF TENNES
http://www.tnwd.uscourts.gov/
UP FOR ELECTRONIC FILING AND N

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Registration Number**

**PAu 3-765-789**

**Effective Date of Registration:**
March 24, 2015

---

## Title

**Title of Work:** The Real and True Beyonc'e (2005 - 2015)

## Completion/Publication

Year of Completion: 2010



Return this part with any correspondence
so we may identify your account.  Please
correct any errors in your name or address.

CP 575 G
9999999999

Your Telephone Number  Best Time to Call       DATE OF THIS NOTICE:  10-12-2021
(731) 267-9008                                 EMPLOYER IDENTIFICATION NUMBER:  87-3053259
                                               FORM:  SS-4                NOBOD

INTERNAL REVENUE SERVICE
CINCINNATI  OH  45999-0023

                                               BEYONCE MUSIC AND PRODUCTS
                                               BEYONCE G KNOWLES
                                               % LASANDRA NORMAN SOLE MBR
                                               3760 SANDUSKY STREET
                                               HOBART, IN  46342